JOHN ERNEST, Appellant, *v.* THE CITY OF SCHENECTADY, Respondent.

*Ernest* v. *City of Schenectady*, 117 App. Div. 913, affirmed.
(Argued March 11, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 22, 1907, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover damages for the alleged unlawful interference by the defendant with the street in front of plaintiff's premises.

*A. S. Golden* and *John D. Miller* for appellant.

*Austin A. Yates,* Corporation Counsel (*Del B. Salmon* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Dissenting: CULLEN, Ch. J., and HAIGHT, J.